UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>  Plaintiff,<br>    v.<br>RUSTY DONNELLY, *et al.*,<br><br>  Defendants. | Case No. 3:20-cv-00645-MMD-CLB<br><br>ORDER |

**I.   DISCUSSION**

Plaintiff Deangelo Lamont Mitchell initiated this action with an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) Plaintiff has now filed a declaration stating that he wishes to dismiss this case without prejudice so that he can exhaust his administrative remedies. (ECF No. 4.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). As no responsive pleading has been filed in this case, the Court accepts Plaintiff's notice of dismissal.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court will enter judgment accordingly.

DATED THIS 10th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE